

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00404-CV

| | | |
|---|---|---|
| IN RE CHRISTOPHER JOHN CLAY | § | Original Proceeding |
| | § | From the 16th District Court |
| | § | of Denton County (16-07061-16) |
| | § | February 12, 2019 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator Christopher John Clay; the response filed by real parties in interest Cheryl Jackson, Gary Jackson, and John Dumas; Clay's reply; and the mandamus record, including the supplemental record. We hold that the trial court clearly abused its discretion in part of its November 20, 2018 order by denying Clay's motion to strike the intervention petition filed by the Jacksons. We conditionally and partially grant the mandamus relief requested by Clay, directing the trial court to vacate that portion of its order and

to enter an order granting Clay's motion to strike the Jackson's intervention petition. We deny Clay's petition as it relates to his motion to strike the intervention petition filed by Dumas.

We vacate our December 18, 2018 order staying all trial court proceedings.

It is further ordered that half of any incurred costs are taxed against John Clay and half are taxed against the Jacksons, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel